■ JOHN DeLEON, Appellant, v STATE OF NEW YORK, Respondent. [802 NYS2d 630]—In a claim to recover damages for personal injuries, etc., the claimant appeals from an order of the Court of Claims (Lack, J.), dated December 17, 2004, which granted the defendant's motion to preclude his use of an expert witness at trial.

Ordered that the appeal is dismissed as academic, without costs or disbursements (*see DeLeon v State of New York*, 22 AD3d 786 [2005] [decided herewith]). Crane, J.P., Santucci, Mastro and Dillon, JJ., concur.